**Order entered March 10, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01235-CV

## DAVID ALAN SHEPHERD, Appellant

## V.

## LAWRENCE MITCHELL, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-07702**

## ORDER

We **GRANT** appellant's March 4, 2015 motion for extension of time and **ORDER** the brief tendered to the Court on March 4, 2015 filed as of the date of this order.  Appellee's brief is due no later than April 9, 2015.

/s/     CRAIG STODDART
JUSTICE